OLIVER G. RAND AND WADE A. GARDNER, COMMISSIONERS, V. CITY OF WILSON; BLANCHE WOOLARD, CITY TAX COLLECTOR; AND F. TALMADGE GREEN, CITY MANAGER AND CITY TREASURER.

(Filed 2 November, 1955.)

APPEAL by plaintiffs from *Nimocks, J.,* May Term, 1955, WILSON. Reversed.

*Lucas, Rand & Rose and Gardner, Connor & Lee, Cyrus F. Lee for plaintiff appellants.*

*Carr & Gibbons for defendant appellees.*

PER CURIAM. This and the case of *Rand v. Wilson County, ante,* p. 43, are companion cases, the only difference being that this action is to recover taxes paid under protest to the City of Wilson rather than the County of Wilson. The judgment entered in the court below is reversed on authority of *Rand v. Wilson County, supra.*

Reversed.